UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER,<br><br>         Plaintiff,<br><br>    v.<br><br>MARSH, et al.,<br><br>         Defendants. | No.  2:13-cv-0174 AC P<br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to jurisdiction by United States Magistrate Judge.  On June 3, 2013, plaintiff was ordered to pay the filing fee of $350.00 in full within 28 days.  Plaintiff was advised that failure to pay the filing fee in full would result in dismissal of this action.  The 28 day deadline has expired and plaintiff has not paid the filing fee or otherwise responded to the court's order.

////

////

////

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED THAT this action is
2  DISMISSED for plaintiff's failure to pay the filing fee.
3  DATED: July 11, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:LS//bake.0174.dismiss

2